*Reprisal* AND *Trelawney* vs. *Young Benjamin,* 1747

At a Court of Vice Admiralty held at Newport In the Colony of Rhode Island on Thursday the Nineteenth Day of November A. D. 1747

Present the Hon^ble W^m Strengthfield Esq^r Dep: Judge

Friday the 20th of Nov^r 1747. The Court was opened

The Libel etc. was read in Court

The Warrant of Attorney from Dewint etc. was produced in Court, given to M^r John Channing and Moses Lopez

Plea was read in Court

after several Pleas on both sides as to the Jurisdiction of the Court,

The Court was adjourned untill Two o the Clock In the afternoon — and opened accordingly

and his Hon^r the Judge gave his Decree respecting the Jurisdiction of the Court. Viz^t

The Court was adjourned untill nine o Clock in the morning.

November 20th 1747 at half an Hour past four oclock in the afternoon
This Libel is withdrawn by    John Channing ⎱ attornies for
                     Moses Lopez   ⎰ the appellants
at which time his Hon<sup>r</sup> the Dep: Judge ordered the Appellants to pay Cost
of Court   .

D. Updike
for the Resp<sup>t</sup>

D. Updike pro Resp<sup>t</sup>